# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>                Plaintiff,<br>v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                Defendants. | Case No. 1:23-cv-15746<br><br>Judge Lindsay C Jenkins |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Hexin Holding Limited and Defendant SHEIN Distribution Corporation ("SDC") hereby stipulate and agreed to the voluntary dismissal of this matter, including any and all pending claims in this matter, ***with prejudice***, without costs to either party.

The Preliminary Injunction Order entered on 12/14/2023 is dissolved and of no further effect as to SDC.

Date: November 8, 2024          Respectfully submitted,

By: */s/ Faye Yifei Deng*
    Faye Yifei Deng
    YK Law LLP
    445 S Figueroa Street, Suite 2280
    Los Angeles, California 90071
    Telephone: (213) 401-0970
    Email: fdeng@yklaw.us

*Counsel for Plaintiff Hexin Holding Limited*

Date: November 8, 2024          Respectfully submitted,

By: */s/ Michael E Williams*
    Michael E Williams
    QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
    191 N. Wacker Drive, Suite 2700
    Chicago, IL 60606-1881
    Telephone: (312) 705-7400
    michaelwilliams@quinnemanuel.com

*Counsel for SHEIN Distribution Corporation*